**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: jkrieger@dickinsonwright.com

Donald E. Lake, III (Admitted *pro hac vice*)
1125 17th Street, Suite 550
Denver, Colorado 80202
Tel: 303-723-8400
Email: tlake@dickinsonwright.com

*Attorneys for High Times Media, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HIGH TIMES MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>YOTA, LLC, a limited liability company, RYAN COHEN, an individual, and DAVID COHEN, an individual,<br><br>Defendant. | Case No.: 2:25-cv-01719-RFB-DJA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS SENNIE MARTIN III AND SOUND SUCCESS, INC AND TO PERMIT ALTERNATIVE SERVICE** |

**UPON CONSIDERATION** of the motion filed by Plaintiff High Times Media, LLC ("High Times") to extend the time to serve Defendants Yota, LLC ("Yota"), Ryan Cohen, and David Cohen (collectively, "Defendants"), the supporting declarations and evidence, the record in this case, and for other good cause shown;

**IT IS HEREBY ORDERED** that the motion (ECF No. 8) is GRANTED.

/ / /



**IT IS FURTHER ORDERED** that Plaintiff High Times Media, LLC shall have an additional 90 days to complete service of the summons and complaint (and any other necessary documents) on all defendants in this matter up to, and including, March 11, 2026.

DATED: 12/15/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

