**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

High Times Media, LLC

           Plaintiff(s),

      vs.

Yota, LLC, a limited liability company, Ryan Cohen, an individual, and David Cohen, an individual

           Defendant(s).

Case #2:25-cv-01719-RFB-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Donald E. Lake, III_____, Petitioner, respectfully represents to the Court:
        (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Dickinson Wright PLLC_____
                         (firm name)

with offices at _____1125 17th Street, Suite 550_____,
                      (street address)

_____Denver_____, _____Colorado_____, ___80202___,
     (city)             (state)        (zip code)

___303-723-8400___, ___tlake@dickinsonwright.com___.
 (area code + telephone number)     (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____High Times Media, LLC_____ to provide legal representation in connection with
          [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____October 16, 2000_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Colorado_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Colorado State Bar | 10/16/2000 | 32289 |
| USDC Colorado | 11/09/2000 | |
| U.S. Court of Appeals, Federal Circuit | 08/26/2010 | |
| U.S. Court of Appeals, Tenth Circuit | 06/11/2010 | |
| USDC Alabama Southern District | 09/24/21 (PHV) | |
| USDC California Eastern District | 07/27/2022 (PHV) | |
| USDC Indiana Southern District Court | 03/03/2020 | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

No disciplinary suspensions.  I was suspended for two days in May, 2025 due to an error I made in submitting CLE credits.  I submitted the credits with a course number from the PLI program, and not the Colorado state course number for the same courses.  I had completed the courses, and upon notification of the suspension I provided the correct course numbers on the same date, and was reinstated the next day.  The mistake was mine, and I missed the notice from the office of CLE due to personal, family matters I was addressing at the time. No client matters were ever compromised.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

Colorado Bar Association;
Denver Bar Association - Member of the Board of Trustees

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Colorado_____ )
                                )
COUNTY OF _____Denver_____ )

_____Donald E. Lake, III_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__11th__ day of __September, 2025__, _____.

_____
Notary Public or Clerk of Court

Emily Castillo
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224028604
MY COMMISSION EXPIRES July 21, 2026

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____John Krieger_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3883 Howard Hughes Parkway, Suite 800_____,
(street address)

_____Las Vegas_____, _____Nevada_____, ___89169___,
(city)                    (state)              (zip code)

___702-550-4439___, ___jkrieger@dickinson-wright.com___.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ John Krieger _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

GARCES , PR·LE G C
(type or print party name, title)

_____
(party's signature)

High Times Media, LLC
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_6023_____    jkrieger@dickinsonwright.com
Bar number                Email address

APPROVED:

Dated: this __23__ day of __March_____, 20 26.

_____
UNITED STATES DISTRICT JUDGE

5                                    Rev 5/16



# SUPREME COURT
## State of Colorado.

**STATE OF COLORADO,** ss:

I, **Cheryl Stevens**, *Clerk of the Supreme Court of t h e  S t a t e  o f  Colorado, do hereby certify that*

**DONALD E. LAKE, III**

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys*

*and Counselors at Law in my office of date the* ___16th___

*day of* **October** *A.D.* **2000** *and that at the date*

*hereof the said* **DONALD E. LAKE, III** *is in good standing*

*at this Bar.*



IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this*

___9th___ *day of* **September** *A.D.* **2025**

**Cheryl Stevens**

By _____

*Clerk*

*Deputy Clerk*

**Ashley B. Moretto**

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Friday, September 26, 2025 11:51 AM
To: Ashley B. Moretto <AMoretto@dickinson-wright.com>
Subject: Pay.gov Payment Confirmation: NEVADA DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: District of Nevada HelpDesk at 702-464-5555.


Account Number: 4396838
Court: NEVADA DISTRICT COURT
Amount: $250.00
Tracking Id: ANVDC-8193319
Approval Code: 094894
Card Number: ************2340
Date/Time: 09/26/2025 02:51:23 ET


NOTE: This is an automated message. Please do not reply