**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: jkrieger@dickinsonwright.com

Donald E. Lake, III (Admitted *Pro Hac Vice*)
1125 17th Street, Suite 550
Denver, Colorado 80202
Tel: 303-723-8400
Email: tlake@dickinsonwright.com

*Attorneys for High Times Media, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HIGH TIMES MEDIA, LLC, | Case No.: 2:25-cv-01719-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| YOTA, LLC, a limited liability company, RYAN COHEN, an individual, and DAVID COHEN, an individual, | |
| Defendant. | |

Plaintiff High Times Media, LLC ("Plaintiff"), by and through counsel at Dickinson Wright PLLC, and Defendants Yota, LLC, Ryan Cohen and David Cohen (collectively "Defendants"), by and through their counsel at Hahn Loeser & Parks LLP, hereby stipulate for the above-captioned action to be dismissed with prejudice by order of this Court, with each party to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

1

**IT IS SO STIPULATED.**

DATED this 26th day of March, 2026          DATED this 26th day of March, 2026


**DICKINSON WRIGHT PLLC**          **HAHN LOESER & PARKS LLP**

/s/ John L. Krieger                             /s/ Nathan B. Webb
John L. Krieger, Esq.                           Nathan B. Webb
Nevada Bar No. 6023                             200 Public Square, Suite 2800
3883 Howard Hughes Parkway, Suite 800           Cleveland, Ohio 44114
Las Vegas, Nevada 89169
Donald E. Lake, III                             *Attorneys for Defendants*
(Admitted *pro hac vice*)

*Attorneys for Plaintiff*


## ORDER

Good cause appearing, **IT IS HEREBY ORDERED** the foregoing stipulation is **GRANTED**. This case is **DISMISSED** with prejudice, with each party to bear their own fees and costs. The Clerk of Court is kindly instructed to enter judgment accordingly and close this case.


**DATED:** March 27, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DICKINSON WRIGHT PLLC
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169

2