AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

High Times Media, LLC

                      Plaintiff,

  v.

Yota, LLC et al

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:25-cv-01719-RFB-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Plaintiff, High Times Media, LLC, and Defendants, Yota LLC, Ryan Cohen, David Cohen, dismissed with prejudice.

03/27/2026

Date

DEBRA K. KEMPI

Clerk

/s/ ALZ

Deputy Clerk